**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| T.A.N., an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PNI DIGITAL MEDIA, INC.,<br><br>Defendant. | Case No. 2:16-cv-132-LGW-RSB<br><br>Chief Judge Lisa G. Wood<br><br>Magistrate Judge R. Stan Baker |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, individually and as a representative of a proposed Settlement Class, and Defendant, through their respective undersigned counsel, notify the Court that on February 3, 2017, they reached a settlement in principle whereby Plaintiff and the Settlement Class would fully, finally, and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, this case. The agreement in principle reached at the mediation is not an enforceable settlement agreement, but the parties anticipate they will be able to execute a final class action settlement agreement and submit that agreement to the Court as part of a motion for preliminary approval of class action settlement within 30 days.

Based on the foregoing, the parties respectfully request that all further proceedings and deadlines in this action be suspended pending the filing and consideration of the settlement agreement. A proposed order is attached.

DATED this 7th day of February, 2017.

*/s/ Kevin D. Bradberry*
Kevin D. Bradberry
BAKER & HOSTETLER, LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: 404-459-8783
Facsimile: 404-459-5734
kbradberry@bakerlaw.com

Daniel R. Warren (*pro hac vice*)
James A. Slater (*pro hac vice*)
Sam A. Camardo (*pro hac vice*)
BAKER & HOSTETLER, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-861-7145
Facsimile: 216-696-0740
dwarren@bakerlaw.com
jslater@bakerlaw.com
scamardo@bakerlaw.com

*Attorneys for Defendant*

*/s/ E. Adam Webb*
E. Adam Webb (*pro hac vice*)
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
Telephone: 770-444-9325
Facsimile: 770-217-9950
Adam@WebbLLC.com

James B. Durham
William S. Mann
HALL BOOTH SMITH, P.C.
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Telephone: 912-554-0093
Facsimile: 912-554-1973
jdurham@hallboothsmith.com
wmann@hallboothsmith.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice to the counsel of record listed below:

Kevin D. Bradberry, Esq.
Baker & Hostetler, LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309

Daniel R. Warren, Esq. (admitted pro hac vice)
James A. Slater, Esq. (admitted pro hac vice)
Sam A. Camarado, Esq. (admitted pro hac vice)
Baker & Hostetler, LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114

DATED this 7th day of February, 2017.

*/s/ E. Adam Webb*
E. Adam Webb