FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 FEB 16 PM 4:07

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| T.A.N., an individual, and on behalf of all others similarly situated, | ) ) ) | |
| v. | ) ) | CV 216-132 |
| PNI DIGITAL MEDIA, INC., | ) ) | |

## ORDER SUSPENDING FURTHER PROCEEDINGS PENDING FILING OF SETTLEMENT AGREEMENT

THIS CAUSE came before the Court based on the Joint Notice of Settlement filed on February 7, 2017 by Plaintiff and Defendant. In the Joint Notice of Settlement, Plaintiff and PNI advise the Court that, on February 3, 2017, they reached an agreement in principle on a class action settlement in this matter and that they plan to finalize, execute and file a written settlement agreement and related documents as part of a motion for preliminary approval within 30 days.

Based on the foregoing, it is hereby ORDERED that all deadlines and further proceedings in this case are hereby SUSPENDED pending the filing of the settlement agreement and the preliminary and final approval process.

So ORDERED, this 16 day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA