IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| T.A.N., an individual, and on behalf of all others similarly situated, ) ) ) )| |
| Plaintiff, ) | Case No. 2:16-cv-132-LGW-RSB |
| ) | |
| v. ) | Chief Judge Lisa G. Wood |
| ) | |
| PNI DIGITAL MEDIA, INC., ) | Magistrate Judge R. Stan Baker |
| ) | |
| Defendant. ) ) | |

## NOTICE OF EXCLUSIONS FROM CLASS SETTLEMENT

The deadline for Class Members to opt-out of the Settlement expired on October 30, 2017.  See Preliminary Approval Order, ¶ 24.  Plaintiff and Class Counsel hereby inform the Court that of the 766,067 Class Members, only 10 have exercised their right to opt-out of the Settlement.  A list identifying the 10 Class Members who have excluded themselves from the Settlement is attached hereto as Exhibit A.  If the Settlement is approved, this list should be attached to the proposed Final Judgment, which was filed as Exhibit E to the Settlement Agreement (Dkt. No. 42-1).

DATED this 6th day of November, 2017.

Respectfully submitted,

*/s/ James B. Durham*
James B. Durham
William S. Mann
HALL BOOTH SMITH, P.C.
3528 Darien Highway
Suite 300
Brunswick, Georgia 31525
Telephone: 912-554-0093
Facsimile: 912-554-1973
jdurham@hallboothsmith.com
wmann@hallboothsmith.com

2

        E. Adam Webb (*pro hac vice*)
        Webb, Klase & Lemond, LLC
        1900 The Exchange, S.E.
        Suite 480
        Atlanta, Georgia 30339
        Telephone: 770-444-9325
        Facsimile: 770-217-9950
        Adam@WebbLLC.com

        Attorneys for Plaintiff and Proposed
        Settlement Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice to the counsel of record listed below:

Kevin D. Bradberry, Esq.
Baker & Hostetler, LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309

Paul G. Karlsgodt, Esq.
Baker & Hostetler, LLP
1801 California Street, Suite 4400
Denver, Colorado 80202

Daniel R. Warren, Esq.
James A. Slater, Esq.
Sam A. Camarado, Esq.
Baker & Hostetler, LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114

DATED this 6th day of November, 2017.

*/s/ James B. Durham*
James B. Durham